879

No. 465, Misc.  RUSSEL v. OLIVER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 476, Misc.  FURTAK v. MCMANN, WARDEN, ET AL. Sup. Ct. N. Y.  Certiorari denied.

No. 513, Misc.  FURTAK v. APPELLATE DIVISION OF THE SUPREME COURT OF NEW YORK, FOURTH JUDICIAL DEPARTMENT.  C. A. 2d Cir.  Certiorari denied.

No. 12, Misc.  WALKS ON TOP v. UNITED STATES. C. A. 9th Cir.  Certiorari denied.  *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 13, Misc.  WASHINGTON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 20, Misc.  AMATA v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  *Solicitor General Marshall, Assistant Attorney General Rogovin, Joseph M. Howard* and *John P. Burke* for the United States.

No. 25, Misc.  PEREZ v. UNITED STATES; and

No. 33, Misc.  URQUIDI v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States in both cases.  Reported below: 371 F. 2d 654.

No. 38, Misc.  CODUTO v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  *Solicitor General Marshall* for the United States.

No. 29, Misc.  PILARSKI v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *Solicitor General Marshall,*